Chicago Title and Trust Company, Appellee, v. Delaware Place Building Corporation et al., Defendants Below.
Appeal of B. E. Schontag, Appellant.
Gen. No. 42,816.

Heard

in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944. Julius J. Schwartz, for appellant; Julius J. Schwartz and Bernard Savin, of counsel; Miller, Gorham, Wescott & Adams, for appellee; Herbert C. De Young and Sidney S. Gorham, Jr., of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**